UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: FRED LEE WILSON

Case No: 09-73083
Judge SHEFFERLY
Chapter 13

_____/

POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN
PURSUANT TO L.B.R.3015-2(b) AND F.R.Bankr.P. 3015(g)

Debtor has filed papers with the court to seek a modification of the Chapter 13 Plan. Debtor seeks to excuse the 2009, 2010 and 2011 Federal Tax refunds and reduce the Chapter 13 Payment due to the increased cost in health insurance and loss of wife's income. The Debtor did not receive the 2009 Federal Tax refund. Wayne County Friend of the Court applied the 2009 refund to the balance of the child support payments. The Debtor seeks to excuse the 2010 Federal Tax refund as the tax return was filed jointly with his wife and the refund was used to pay for home repairs. The Debtor also seeks to excuse the 2011 Federal Tax refund as he filed the tax return jointly with his wife and his wife lost her employment position in December 2011. Debtor used his portion of the 2011 tax refund to supplement the household budget and support for his grandson. Therefore, the Debtor proposes the following modifications:

1. EXCUSE THE 2011 FEDERAL TAX REFUND IN THE AMOUNT OF $5,439.00.
2. EXCUSE THE 2010 FEDERAL TAX REFUND IN THE AMOUNT OF $7,413.00.
3. EXCUSE THE 2009 FEDERAL TAX REFUND IN THE AMOUNT OF $1,819.00.
4. REDUCE THE CHAPTER 13 PLAN PAYMENT TO $238.19 BI-WEEKLY.
5. EXCUSE THE DELINQUENCY IN THE AMOUNT OF $874.19.
6. IN ALL OTHER RESPECTS THE ORDER CONFIRMING PLAN SHALL REMAIN IN EFFECT.
7. The proposed modification has the following impact on the classes of creditors being paid by the Trustee as follows:

   a. Class one administrative claims - none
   b. Class two continuing claims - none
   c. Class three executory contracts/unexpired lease - none
   d. Class four arrearage on continuing claims - none
   e. Class five (a) secured purchase money security interest claims - none
   f. Class five (b) other secured claims - none
   g. Class six priority unsecured claims - none
   h. Class seven special unsecured claims - none
   i. Class eight general unsecured claims - none

Date: June 25, 2012

/s/ Marshall D. Schultz
Marshall D. Schultz (P38040)
Attorney for Debtor
24100 Southfield Road #203
Southfield, MI 48075
(248) 559-6930
marshallschultz@Ameritech.net

<u>MODEL</u>
<u>WORKSHEET</u>

1. Length of plan is _____ weeks: months: _____ years.

2. Debtor #1:
   $_____ per pay period x ___ pay periods per plan = $_____ total per plan

   Debtor #2:
   $_____ per pay period x ____ pay periods per plan = $_____ total per plan

3. $_____ per period x _____ periods in plan =

4. Lump sums:

5. Equal total to be paid into plan

6. Estimated trustee's fees     $

7. Attorney fees and costs      $

8. Total priority claims

9. Total installment mortgage
   or other long-term debt
   payments

10. Total of arrearage,
    including interest

11. Total secured claims,
    including interest

11(a). Total Special Unsecured
    Class, including interest.
              Total of items 6 through 11     $

12. Funds available for unsecured creditors          $

13. Total unsecured claims (if all file)             $

14. Estimated percentage to unsecured creditors under plan          _____%

15. Estimated dividend to general unsecured creditors if
    Chapter 7, (see liquidation analysis attached)          0     %

COMMENTS: SEE ATTACHED WORKSHEET

**N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]:**

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VEHICLES | 6,500.00 | 8,000.00 | 2,500.00 | 2,500.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 3,500.00 | 0.00 | 3,500.00 | 3,500.00 | 0.00 |
| JEWELRY | 175.00 | 0.00 | 175.00 | 175.00 | 0.00 |
| CASH/BANK ACCOUNTS | 28.00 | 0.00 | 28.00 | 28.00 | 0.00 |
| OTHER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Amount available upon liquidation $ 0.00

Less administrative expenses and costs $ 0.00

Less priority claims $ 24,336.42

Amount Available in Chapter 7 $ 0.00

BSS - Bankruptcy Software Specialists

# 13Network

LAW OFFICES OF MARSHALL D SCHULTZ Case Query

LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 |

Enter Case Number, Name, Social Security Number, or @1st Address Line

Recently Accessed Cases: 09-73083-PJS FRED LEE WILSON

| 09-73083-PJS | FRED LEE WILSON (xxx-xx-0182) | | 19601 LAMONT • • DETROIT • MI 48234 | $366.78 BW/ | Bar Date(s): | 3/11/2010 (has passed) 4/25/2010 (has passed) |
|---|---|---|---|---|---|---|
| | Trustee: Krispen S. Carroll | | | | Confirmed: | 2/6/2010 |
| Print Inquiry | | | Attorney: MARSHALL D SCHULTZ | | Case Status: | OPEN/ACTIVE |

The data on these pages has not been audited and is provided for general information only.

28 Month(s) since Confirmation UP = $0.00   TPI = $21,132.34   BOH = $733.56
Monthly Payment                                To Be Paid

| Line | | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | | |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | | MARSHALL D SCHULTZ | $1,000.00 | | $1,000.00 | | | $1,000.00 |
| 2 | | ADDED CREDITOR | | | | | | |
| | **PRIOR ATTORNEY** | | | | | | | |
| 3 | | ADDED CREDITOR | | | | | | |
| | **DEBTOR REFUND** | | | | | | | |
| 4 | | FRED LEE WILSON | | | | | | |
| | **ARREARAGE - MORTGAGE/LAND CONTRACT** | | | | | | | |
| 5 | | ADDED CREDITOR | | | | | | |
| | **ARREARAGE - VEHICLE** | | | | | | | |
| 6 | | ADDED CREDITOR | | | | | | |
| | **ARREARAGE - OTHER** | | | | | | | |
| 7 | | ADDED CREDITOR | | | | | | |
| | **CONT'G DEBT (USE IN PLAN CALC)** | | | | | | | |
| 8 | | ADDED CREDITOR | | | | | | |
| 9 | | ADDED CREDITOR | | | | | | |
| | **CURR MTG** | | | | | | | |
| 10 | | ADDED CREDITOR | | | | | | |
| 11 | | ADDED CREDITOR | | | | | | |
| | **EXEC CONTRACT - VEHICLE** | | | | | | | |
| 12 | | ADDED CREDITOR | | | | | | |
| | **EXEC CONTRACT - NON-VEHICLE** | | | | | | | |
| 13 | | ADDED CREDITOR | | | | | | |
| | **POST-PET/PRE-CONF MTG PYMTS** | | | | | | | |
| 14 | | ADDED CREDITOR | | | | | | |
| 15 | | ADDED CREDITOR | | | | | | |
| | **DSO CREDITOR - ARREARAGE** | | | | | | | |
| 16 | | ADDED CREDITOR | | | | | | |
| 17 | | ADDED CREDITOR | | | | | | |
| | **DSO CREDITOR - CONTINUING** | | | | | | | |
| 18 | | ADDED CREDITOR | | | | | | |
| 19 | | ADDED CREDITOR | | | | | | |
| | **PRIORITY** | | | | | | | |
| 20 | | INTERNAL REVENUE SERVICE | $13,245.15 | | $1,883.44 | | | $1,883.44 |
| 21 | | ADDED CREDITOR | | | | | | |
| 22 | | ADDED CREDITOR | | | | | | |
| | **PROP TAX** | | | | | | | |
| 23 | | ADDED CREDITOR | | | | | | |
| | **SECURED** | | | | | | | |
| 24 | | ADDED CREDITOR | | | | | | |
| 25 | | ADDED CREDITOR | | | | | | |
| | **AUTOMOBILE** | | | | | | | |
| 26 | | CREDIT ACCEPTANCE CORP | $4,420.77 | | | 11.0000 | | $90.66 |
| 27 | | ADDED CREDITOR | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - NON-VEHICLE** | | | | | | | |
| 28 | | ADDED CREDITOR | | | | | | |
| 29 | | ADDED CREDITOR | | | | | | |
| | **EQUAL MONTHLY PAYMENT CREDITOR - VEHICLE** | | | | | | | |
| 30 | | ADDED CREDITOR | | | | | | |
| 31 | | ADDED CREDITOR | | | | | | |

All Unsecured Creditors

Change Line# 0  [OK]     Total Unsecured     Percent Allowed     Amount Allowed
Restart
                          Plan Terms 32   [Calc]   Unsecured %  100   [Calc]                    $0.00   $11,934.86
Trustee's % 5.5                                                                                 $373.57 $11,935.68
Lump Sum $ 0.00

Debtor 1 Pay Schedules                                       Debtor 2 Pay Schedules
Who's Paying               Amount       Schedule   Upd Calc   Who's Paying   Amount   Schedule   Upd Calc
DETROIT BD OF E            $172.15      BI-WEEKLY                                     
FRED LEE WILSON            $0.00        MONTHLY

Delete Line 0 [OK]

Your Chapter 13 Information Management System

09-73083-pjs   Doc 36   Filed 06/25/12   Entered 06/25/12 14:05:06   Page 4 of 7

Form B20A(Official Form 20A
12/1/10

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re:
Fred Lee Wilson

                 Debtor(s)

Address: 19601 Lamont Detroit, MI 48234
Last four digits of Social Security: XXX-XX-0182

Chapter: 13
Case No.: 09-73083
Judge: Shefferly

## NOTICE OF POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN

The Debtor has filed papers with the court to modify the Chapter 13 Plan

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the Chapter 13 Plan, or if you want the court to consider your views on the Post Confirmation Modification of the Chapter 13 Plan, within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
211 West Fort Street
17th Floor
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

Marshall D. Schultz, 24100 Southfield Road, Suite 203, Southfield, MI 48075

Krispen S. Carroll, Chapter 13 Trustee, 719 Griswold, 1100 Dime Building, Detroit, MI 48226

Office of the U.S. Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 6/25/2012

/s/ Marshall D. Schultz
Marshall D. Schultz (P38040)
24100 Southfield Road, Suite 203
Southfield, MI 48075
248-559-6930
marshallschultz@ameritech.net

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: FRED LEE WILSON

Case No: 09-73083
Judge SHEFFERLY

Chapter 13

_____/

CERTIFICATE OF SERVICE

I, Marshall D. Schultz, hereby swear under penalty of perjury that on the date indicated below, I served copies of:

1. NOTICE OF POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN

upon the following parties by first class mail or through electronic means if applicable:

SEE ATTACHED PACER MATRIX

Date: June 25, 2012

/s/ Marshall D. Schultz
Marshall D. Schultz (P38040)
Attorney for Debtor
24100 Southfield Road #203
Southfield, MI 48075
(248) 559-6930
marshallschultz@Ameritech.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 09-73083-pjs<br>Eastern District of Michigan<br>Detroit<br>Mon Jun 25 13:30:46 EDT 2012 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | April Oakley<br>856 Lesperance<br>Rochester, MI 48307 |
| Credit Acceptance Corp.<br>25505 W. 12 Mile Road  #3000<br>Southfield, MI 48034-8331 | EJ Management LLC<br>19434 Butternut lane<br>Southfield, MI 48076-1731 | GE Money Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 103106<br>Roswell, GA 30076-9106 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MISDU<br>PO Box 30350<br>Lansing, MI 48909-7850 | U.S. Attorney<br>Civil Division<br>Internal Revenue Service<br>211 W. Fort Street  #2001<br>Detroit, MI 48226-3220 |
| U.S.Department of Justice<br>c/o Holzman Rittter & Leduc Pllc.<br>28366 Franklin Road<br>Southfield, MI 48034-5503 | United States Department of Justice<br>C/O Holzman Ritter & Corkery PLLC.<br>28366 Franklin Road<br>Southfield, MI 48034-5503 | Wayne County Friend of the Court<br>Litigation Section<br>PO BOX 31-0920<br>Detroit, MI 48231-0920 |
| Fred Lee Wilson<br>19601 Lamont<br>Detroit, MI 48234-2266 | Krispen S. Carroll<br>719 Griswold<br>1100 Dime Building<br>Detroit, MI 48226 | Marshall D. Schultz<br>24100 Southfield Road<br>Suite 203<br>Southfield, MI 48075-2851 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>Bankruptcy<br>PO BOX 21125<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients    14<br>Bypassed recipients     0<br>Total                  14 |

.